391 A.2d 686

Commonwealth v. George H. Johnson, Appellant.

Submitted November 14, 1977.

Charles M. Schwartz, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.